UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 25-CR-20344-ALTMAN/LETT

CASE NO._____

18 U.S.C. § 554(a)
18 U.S.C. § 922(e)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

TAUGEA UBERT DAYES,
    a/k/a "Jaime Roberts,"

                Defendant.

_____/

FILED BY_____BM_____D.C.

Jul 31, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Smuggling Goods from the United States
### (18 U.S.C. § 554(a))

On or about March 10, 2025, in Miami-Dade County, in the Southern District of Florida,

and elsewhere, the defendant,

**TAUGEA UBERT DAYES,**
**a/k/a "Jaime Roberts,"**

did fraudulently and knowingly attempt to export and send from the United States to a place outside

thereof, that is, Jamaica, any merchandise, article, and object, that is, firearms and ammunition,

and did conceal and facilitate the concealment of such merchandise, article, and object prior to

exportation, knowing the same to be intended for exportation, contrary to any law and regulation

of the United States, that is, Title 18, United States Code, Section 922(e), in violation of Title 18, United States Code, Sections 554 and 2.

## COUNT 2
### Delivery of a Firearm to a Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about March 10, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TAUGEA UBERT DAYES,**
**a/k/a "Jaime Roberts,"**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person other than a licensed importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TAUGEA UBERT DAYES**, a/k/a "Jaime Roberts," has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to

2

the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

MELISSA ROCA SHAW
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

TAUGEA UBERT DAYES,
  a/k/a "Jaime Roberts,"

_____/

CASE NO.: **25-CR-20344-ALTMAN/LETT**_____

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
  ☑ Miami    ☐ Key West    ☐ FTP
  ☐ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No___
   List language and/or dialect:_____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)
   I   ☑  0 to 5 days       ☐ Petty
   II  ☐  6 to 10 days     ☐ Minor
   III ☐  11 to 20 days    ☐ Misdemeanor
   IV ☐  21 to 60 days    ☑ Felony
   V  ☐  61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge_____ Case No._____

7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Judge_____ Magistrate Case No._____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge_____ Case No._____

9. Defendant(s) in federal custody as of n/a_____

10. Defendant(s) in state custody as of n/a_____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No___

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By:_____
   MELISSA ROCA SHAW
   Special Assistant United States Attorney
   FL Bar No.       99628

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: TAUGEA UBERT DAYES, a/k/a "Jaime Roberts,"

**Case No**: _____

Count # 1:

Smuggling Goods from the United States

Title 18, United States Code, Section 554(a)
* **Max. Term of Imprisonment: Ten years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three years**
* **Max. Fine: $250,000**

Count # 2:

Delivery of a Firearm to a Common Carrier Without Written Notification

Title 18, United States Code, Section 922(e)
* **Max. Term of Imprisonment: Five years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**