**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20344-ALTMAN**

**UNITED STATES OF AMERICA**

**v.**

**TAUGEA UBERT DAYES,**

    **Defendant.**

_____/

### THE UNITED STATES' RESPONSE TO DEFENDANT'S RENEWED MOTION TO AMEND CONDITIONS OF RELEASE

The United States of America, by and through the undersigned Special Assistant United States Attorney, files this response to the Defendant's Revised Motion to Amend Conditions of Release:

The United States respectfully objects to a modification of the Defendant's curfew hours from 12:00 PM (noon) to 12:00 AM (midnight), which would negate the very purpose and parties' agreement of the original curfew and conditions set by the magistrate judge.

The Defendant indicates that he is an "agent for rap artists" who needs to "meet and talk to these artists during this time frame." DE 40. The Defendant maintains access to electronic devices, and it remains unclear why he is unable to communicate with these artists via phone or computer. The United States has no objection for the Defendant to attend in person *specific* work events outside of his curfew hours that can be verified and approved by the United States Probation Office.

WHEREFORE undersigned counsel respectfully requests this motion be DENIED.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ *Melissa Roca Shaw*
Melissa Roca Shaw
Special Assistant United States Attorney
FL Bar No. 99628
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9340
Melissa.Shaw@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 11, 2026.

/s/ *Melissa Roca Shaw*
Melissa Roca Shaw
Special Assistant United States Attorney