UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-20344-ALTMAN

UNITED STATES OF AMERICA

v.

TAUGEA UBERT DAYES,

　　Defendant.

_____/

## FACTUAL PROFFER

The United States and the Defendant, Taugea Ubert Dayes ("Defendant"), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On March 18, 2025, law enforcement in Kingston, Jamaica seized thirty (30) various firearms, thirty-two (32) magazines and 102 rounds of ammunition, concealed in five (5) ergonomic office chairs sealed in their original packaging boxes. Specifically, the firearms were discovered sewn into the seat cushions of the office chairs. The firearms were individually wrapped in foam and tinfoil. Approximately six of the firearms found in the chairs did not have a serial number, and/or the number appeared to be obliterated.

Shipping information revealed the shipment occurred on March 10, 2025, and originated from Ideal Freight Consolidators Inc., ("Ideal Freight"), a common carrier located at 1401 NW 22nd Street, Miami, Florida 33142. Stickers with identifying information on one of the boxes of the chairs confirmed the chair had been purchased from a Walmart store located at 9300 NW 77 Avenue, Hialeah, Florida.

On March 7, 2025, the Defendant drove to the Walmart store located in Hialeah, Florida, and purchased four of the exact same chairs bearing the same identifying information as the chairs shipped to Jamaica. The Defendant also purchased two (2) cans of Loctite spray foam, Gorilla glue, staples, packing tape, along with other items, and he paid for all items in cash. The Defendant also purchased an additional chair from another Walmart location on March 8, 2025. The Defendant concealed thirty (30) firearms, thirty-two (32) magazines, and 102 rounds of ammunition within the five chairs.

On March 10, 2025, the Defendant took the chairs and other items to Ideal Freight to transport the chairs to Kingston, Jamaica. The Defendant had previously shipped other cargo approximately six (6) times within six (6) months, each time using a fake name "Jaime Roberts." The Defendant identified himself as Jaime Roberts and indicated to Ideal Freight employees that the goods he was shipping were said to contain "groceries" and were "for Brad James" in Kingston, Jamaica. The Defendant knowingly caused these packages to be delivered to Kingston, Jamaica, knowing the packages to contain firearms or ammunition. The Defendant failed to disclose that there were firearms and ammunition hidden in the seat cushions of the chairs, and he did not provide written notice to Ideal Freight that firearms or ammunition were being transported or shipped. Neither the Defendant, nor the intended receiver Brad James are licensed importers, manufacturers, dealers or collectors.

[SPACE INTENTIONALLY LEFT BLANK]

The United States and the Defendant agree that these facts, which do not include all of the facts known to the United States and to the Defendant, are sufficient to prove beyond a reasonable doubt that the Defendant committed the crimes of Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), and Delivery of a Firearm to a Common Carrier Without Written Notification, in violation of Title 18, United States Code, Section 922(e).

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 3/17/26

By:    MELISSA ROCA SHAW
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 3/17/26

MICHAEL B. COHEN
ATTORNEY FOR DEFENDANT

Date: 3/7/26

By:    TAUGEA UBERT DAYES
DEFENDANT

3